IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MORAN TOWING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>TALEVERAS PETROLEUM TRADING DMCC, *et al.*,<br><br>Defendants and Garnishees. | Civil Action No. 16-cv-254-RGA<br><br>**IN ADMIRALTY** |

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that, satisfactory settlement having been reached, pursuant to Fed. R. Civ. P. 41 and with no responsive pleading having been filed Plaintiff Moran Towing Corporation hereby dismisses the instant action with prejudice.

OF COUNSEL:

J. Stephen Simms, *pro hac vice* pending
Casey L. Bryant, *pro hac vice* pending
Simms Showers LLP
201 International Circle
Baltimore, Maryland 21030
Tel:   (410) 783-5795
Fax:   (410) 510-1789
jssimms@simmsshowers.com
clbryant@simmsshowers.com

Dated: April 21, 2016

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

_____
Timothy Jay Houseal (Del. Bar ID No. 2880)
Jennifer Kinkus (Del. Bar ID No. 4289)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6722
thouseal@ycst.com
jkinkus@ycst.com

*Attorneys for Plaintiff Moran Towing Corporation*

01:18599110.1